IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VERNELL M. SUTHERLAND,**

    **Plaintiff,**

v.                                       Civil Action No. 3:18CV397-MHL

**COLONIAL WILLIAMSBURG FOUNDATION,**

    **Defendant.**

## ORDER

It is hereby ORDERED that the settlement conference and proceedings required by the Order Setting Pretrial Conference are referred to United States Magistrate Judge David J. Novak. Counsel shall be responsible for contacting the Chambers of Magistrate Judge David J. Novak within five (5) days of the date of this Order to schedule the conference, which should occur at least thirty (30) days before the start of the trial and at such time as Magistrate Judge Novak shall approve. Counsel shall abide by whatever further instructions or requirements may be imposed by Magistrate Judge Novak.

Let the Clerk send a copy of this Order to Magistrate Judge Novak and all counsel of record.

It is so ORDERED.

                                                            /s/
                                              M. Hannah Lauck
                                              United States District Judge

Richmond, Virginia
Date: 12/3/18